IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hugo Cesar Rodriguez Chavez, ) | |
| Petitioner ) | CASE NUMBER 1:25-CV-267 (ERIE) |
| vs. ) | |
| ) | RICHARD A. LANZILLO |
| Michael Holman, et al., ) | Chief United States Magistrate Judge |
| ) | |
| Respondents ) | ORDER DIRECTING FILING OF |
| ) | SUPPLEMENTAL BRIEFING |

In his Reply to the Respondent's Opposition, the Petitioner notes that on October 30, 2025, the Immigration Court denied his Convention Against Torture Claim and ordered his removal. *See* ECF No. 22, p. 2. *See also* ECF No. 22-1, p. 1 (Department of Justice's Executive Office of Immigration Review's ("EOIR") Automated Case Information sheet noting removal order). Because the statutory authority for detention depends on the stage of proceedings, *see Silva v. Sotto*, 2025 WL 3485658, at *3 (D.N.J. Dec. 4, 2025), the Court directs each party to file supplemental briefing analyzing to what extent, if any, the Immigration Judge's denial of the Petitioner's Convention Against Torture claim and order of removal has on their legal positions. Supplemental briefs are due on or before Wednesday, December 17, 2025.

Ordered this 9th day of December, 2025.

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE