IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| HUGO CESAR RODRIGUEZ CHAVEZ,<br><br>        Petitioner<br><br>vs.<br><br>MICHAEL HOLMAN, IN HIS OFFICIAL CAPACITY AS INTERIM WARDEN OF THE ERIE COUNTY PRISON; BRIAN MCSHANE, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF THE IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS PHILADELPHIA FIELD OFFICE; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; AND PAMELA BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES;<br><br>        Respondents | **CASE NO. 1:25-CV-00267-RAL**<br><br>RICHARD A. LANZILLO<br>Chief United States Magistrate Judge<br><br>**ORDER**<br><br>**IN RE: ECF NO. 1** |

AND NOW, this 17th day of February, 2026, upon consideration of the prior proceedings herein and the status of the writ of habeas corpus previously granted by this Court (*see* ECF No. 26) finds as follows;

WHEREAS, on January 20, 2026, this Court granted Petitioner a conditional writ of habeas corpus pursuant to 28 U.S.C. § 2241, directing Respondents to provide Petitioner with a bond hearing within fourteen days (ECF No. 26); and

1

WHEREAS, the Court finds that the Respondents have timely complied with the conditions set forth in said writ, having provided Petitioner with a bond hearing on January 29, 2026 (*see* ECF No. 27); and

WHEREAS, the Court concludes that the constitutional infirmity identified in the petition has been addressed and rectified;

IT IS HEREBY ORDERED as follows:

1. The writ of habeas corpus as issued at ECF No. 26 is deemed SATISFIED.

2. Because the Petitioner has obtained the relief requested and no further effectual relief can be granted, this matter is DISMISSED WITH PREJUDICE.

3. No certificate of appealability is required for a final order in a habeas corpus proceeding where the detention complained of arises out of federal process. *See, e.g., Sugarman v. Pitzer*, 170 F.3d 1145, 1146 (D.C. Cir. 1999).

4. The Clerk of this Court shall CLOSE this case for statistical purposes.

SO ORDERED.

BY THE COURT:

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE